```
FILED
April 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                  )<br>                      Plaintiff,               )<br>v.                                                                )<br>                                                                  )<br>RANDALL CHARLES ORITZ ,        )<br>                                                                  )<br>                      Defendant.           )  | Case No. MAG. 08-0147 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RANDALL CHARLES ORTIZ, Case No. MAG. 08-0147 DAD, Charge Title 21 USC §§ 846; 841, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

X   Bail Posted in the Sum of $ _150,000 Secured by property posted. Until posting unsecured bond co-signed by father_

___  Unsecured Appearance Bond

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

X   (Other)  _Pretrial Services Supervision of Conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 29, 2008  at  3:03  pm  .

By  _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge