MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-08 – 212 GEB
               Plaintiff,   )
                                )  ORDER
   v.                           )
                                )
RANDALL ORTIZ,                  )
               Defendant.   ) Judge: Hon. Edmund F. Brennan
===============================)

      IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Randall Ortiz are modified in the following manner:

      Randall Ortiz may travel to the Northern District of California, if he has first secured the permission of his pre-trial services officer.

      During the month of July, 2008, Randall Ortiz may travel to the District of Nevada for a family vacation.

Dated: May 9, 2008

                                    _____
                                    EDMUND F. BRENNAN
                                    United States Magistrate Judge