1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 208
2  Sacramento, CA 95814
3  (916) 447-1920
   Long_5999@msn.com
4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. CR-08 – 212 GEB
                   Plaintiff,    )
                                 )  ORDER
        v.                       )
                                 )
RANDALL ORTIZ,                   )
                   Defendant.    ) Judge: Hon. Edmund F. Brennan
================================)

IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Randall Ortiz are modified in the following manner:

Randall Ortiz may travel to the Northern District of California, if he has first secured the permission of his pre-trial services officer.

During the month of July, 2008, Randall Ortiz may travel to the District of Nevada for a family vacation.

Dated: May 9, 2008

_____
EDMUND F. BRENNAN
United States Magistrate Judge

-2-