MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,    ) No. CR-08 – 212 GEB
                  Plaintiff,     )
                                 ) ORDER
     v.                          )
                                 )
RANDALL ORTIZ,                   )
                  Defendant.     ) Judge: Hon. Edmund F. Brennan
================================)
```

IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Randall Ortiz are modified in the following manner:

The new deadline for Mr. Ortiz to complete the filing of his property bond is Friday, May 23, 2008.

Dated:  May 9, 2008

_____
EDMUND F. BRENNAN
United States Magistrate Judge

-3-