1 MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
2 Sacramento, CA 95814
3 (916) 447-1920
Long_5999@msn.com
4

IN THE UNITED STATES DISTRICT COURT
5 FOR THE EASTERN DISTRICT OF CALIFORNIA

6
THE UNITED STATES OF AMERICA,        ) No. CR-08 – 212 GEB
7                     Plaintiff,                      )
                                                            ) ORDER
8       v.                                                )
                                                            )
9 RANDALL ORTIZ,                              )
10                     Defendant.                   ) Judge: Hon. Edmund F. Brennan
11 ================================)

12     IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Randall Ortiz

13 are modified in the following manner:

14
     The new deadline for Mr. Ortiz to complete the filing of his property bond is Friday, May
15
23, 2008.
16
17 Dated:  May 9, 2008

18                                                                 _____
                                                                       EDMUND F. BRENNAN
19                                                                    United States Magistrate Judge

20
21
22
23
24
25
26
27
28

-3-