MICHAEL D. LONG
Attorney at Law
State Bar Number 149475
901 H Street, Suite 208
Sacramento, California 95814
(916) 447-1920

Attorney for RANDALL ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>RANDALL ORTIZ,<br>    Defendant. | No. Cr. S. 08-212 LKK<br><br>REQUEST FOR ORDER AND ORDER EXONERATING BOND<br><br>Judge: Hon. LAWRENCE K. KARLTON |
|---|---|

    On or about May 21, 2008, a $150,000 appearance bond, secured by a deed of trust against the real property of Richard A. Ortiz and Elizabeth K. Ortiz, as Trustees of the Ortiz Family Living Trust, located at 6505 Lakeview Drive, Granite Bay, CA 95764, was posted on behalf of defendant Randall Ortiz in case 08-212.

    On January 6, 2009, Mr. Ortiz was sentenced in the above-captioned case to serve 48 months in prison.

    It is hereby requested that the $150,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about May 21, 2008.

1  DATED: January 12, 2009      Respectfully submitted,

2

3                                    /s/ Michael D. Long
                                     Michael D. Long
4                                    Attorney for Randall Ortiz

5

6  IT IS HEREBY ORDERED that the bail bond in the amount of

7  $150,000 posted by Randall Ortiz, and secured by a deed of trust

8  against the real property of Richard A. Ortiz and Elizabeth K.

9  Ortiz, as Trustees of the Ortiz Family Living Trust, located at

10 6505 Lakeview Drive, Granite Bay, CA 95764, is hereby exonerated.

11 The Clerk of the District Court is hereby ordered to reconvey

12 back to the Trustors the deed of trust received by the Clerk on

13 or about May 21, 2008.

**DATED: January 12, 2009**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT