1  MICHAEL D. LONG
   Attorney at Law
2  State Bar Number 149475
   901 H Street, Suite 208
3  Sacramento, California 95814
   (916) 447-1920
4
   Attorney for RANDALL ORTIZ
5

6                  IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,          No. Cr. S. 08-212 LKK
9        Plaintiff,
                                      CORRECTED REQUEST FOR ORDER
10       vs.                          AND ORDER
                                      EXONERATING BOND
11
   RANDALL ORTIZ,
12       Defendant.                   Judge: Hon.LAWRENCE K. KARLTON

13

14

15       On or about May 21, 2008, a $150,000 appearance bond,

16  secured by a deed of trust against the real property of Richard

17  A. Ortiz and Elizabeth K. Ortiz, as Trustees of the Ortiz Family

18  Living Trust, located at 9254 Madison Avenue, Orangevale, CA

19  95662, was posted on behalf of defendant Randall Ortiz in case

20  08-212.

21       On January 6, 2009, Mr. Ortiz was sentenced in the above-

22  captioned case to serve 48 months in prison.

23       It is hereby requested that the $150,000 secured appearance

24  bond be exonerated in the above-captioned case and that the Clerk

25  of the District Court be directed to reconvey back to the

26

27  Trustors the deed of trust received by the Clerk on or about May

28  21, 2008.

                                -1-

1     DATED:   January 28, 2009     Respectfully submitted,

2

3                                    /s/ Michael D. Long_____
                                     Michael D. Long
4                                    Attorney for Randall Ortiz

5

6     IT IS HEREBY ORDERED that the bail bond in the amount of

7  $150,000 posted by Randall Ortiz, and secured by a deed of trust

8  against the real property of Richard A. Ortiz and Elizabeth K.

9  Ortiz, as Trustees of the Ortiz Family Living Trust, located at

10 9254 Madison Avenue, Orangevale, CA 95662, is hereby exonerated.

11 The Clerk of the District Court is hereby ordered to reconvey

12 back to the Trustors the deed of trust received by the Clerk on

13 or about May 21, 2008.

14

15     **DATED: January 27, 2009**

16                                   _____
                                     LAWRENCE K. KARLTON
17                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

26

27

28