1  MICHAEL D. LONG
   Attorney at Law
2  State Bar Number 149475
   901 H Street, Suite 208
3  Sacramento, California 95814
   (916) 447-1920
4
   Attorney for RANDALL ORTIZ
5

6                IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        No. Cr. S. 08-212 LKK
9       Plaintiff,
                                    CORRECTED REQUEST FOR ORDER
10      vs.                         AND ORDER
                                    EXONERATING BOND
11 RANDALL ORTIZ,
        Defendant.                  Judge: Hon.LAWRENCE K. KARLTON
12

13

14
        On or about May 21, 2008, a $150,000 appearance bond,
15
   secured by a deed of trust against the real property of Richard
16
   A. Ortiz and Elizabeth K. Ortiz, as Trustees of the Ortiz Family
17
   Living Trust, located at 9254 Madison Avenue, Orangevale, CA
18
   95662, was posted on behalf of defendant Randall Ortiz in case
19
   08-212.
20
        On January 6, 2009, Mr. Ortiz was sentenced in the above-
21
   captioned case to serve 48 months in prison.
22
        It is hereby requested that the $150,000 secured appearance
23
   bond be exonerated in the above-captioned case and that the Clerk
24
   of the District Court be directed to reconvey back to the
25
   Trustors the deed of trust received by the Clerk on or about May
26
   21, 2008.
27

28

                                -1-

DATED:  January 28, 2009     Respectfully submitted,

/s/ Michael D. Long
Michael D. Long
Attorney for Randall Ortiz

IT IS HEREBY ORDERED that the bail bond in the amount of $150,000 posted by Randall Ortiz, and secured by a deed of trust against the real property of Richard A. Ortiz and Elizabeth K. Ortiz, as Trustees of the Ortiz Family Living Trust, located at 9254 Madison Avenue, Orangevale, CA 95662, is hereby exonerated. The Clerk of the District Court is hereby ordered to reconvey back to the Trustors the deed of trust received by the Clerk on or about May 21, 2008.

**DATED: January 27, 2009**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT